599 A.2d 645

**Edmund L. GOLDSBOROUGH, Maxwell Levinson, Elizabeth McManus and Inez Scheerle, Appellants,**

v.

**DEPARTMENT OF EDUCATION OF the COMMONWEALTH of Pennsylvania and Lower Merion School District.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1991.

Decided Nov. 22, 1991.

Reargument Denied June 1, 1992.

Alan F. Candor, Narberth, for appellants.

Gregory E. Dunlap, Ernest L. Helling, Harrisburg, for Dept. of Educ.

Charles Potash, Blue Bell, Jeffrey A. Lutsky, Philadelphia, Kenneth A. Roos, Blue Bell, for Lower Merion School Dist.

Brenda Barrett for amicus curiae Pa. Hist. and Museum Com'n.

David A. Doheny, Gen. Counsel, Andrea C. Ferster, Asst. Gen. Counsel, Elizabeth S. Merritt, Associate Gen. Counsel, Washington, D.C., for amicus curiae Nat. Trust for Historic Preservation.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Orders affirmed.

McDERMOTT, J., dissents.